## MILES *v.* THE STATE.

An information for retailing spirituous liquor without license, which does not allege a price for which the liquor was sold, is bad on motion to quash.

An information for retailing spirituous liquor omitted to state a price for which the liquor was sold. The Supreme Court directed the Court of Common Pleas to permit the district attorney to amend by inserting a price.

APPEAL from the *Tippecanoe* Court of Common Pleas. Monday,
STUART, J.—Information for retailing spirits to one *Jacob* June 5.
*Walker*.

Motion to quash overruled. The objection taken is that

May Term,
1854.

no price is alleged. We have frequently held that this is a fatal defect, when the objection is taken at the proper time by motion to quash.

*Per Curiam.*—The judgment is reversed. Cause remanded, with instructions to permit the district attorney to amend in accordance with this opinion (1).

*W. F. Lane*, for the appellant.

*L. Reilly*, for the state.

(1) The statute upon which the amendment was allowed, is as follows:

"An information may be amended in matter of substance or form, at any time before the defendant pleads, without leave; and at any time after the defendant pleads, with leave of the Court. The information may be amended on the trial, as to all matters of form and variance, at the discretion of the Court, when the same can be done without prejudice to the rights of the defendant." 2 R. S. 1852, p. 364.